FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FIRST INTERSTATE BANK, a Montana State Chartered Bank,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WALL STREET APARTMENTS, LLC, a Washington limited liability company,<br><br>　　　　　　　　　Defendant,<br><br>and Alaa Elkharwily, interested party. | NO. 2:24-CV-0237-TOR<br><br>ORDER DENYING PERMISSION TO FILE REMOVAL ACTION |

BEFORE THE COURT is Wall Street Apartments, LLC and Alaa Elkharwily's Request for Permission to File Notice of Removal. ECF No. 1-1. The Court has reviewed the record and files herein and is fully informed. No further delay is warranted.

For the reasons discussed in all the prior cases seeking removal, the Request for Permission to File Notice of Removal is **DENIED**. See *First Interstate Bank v.*

ORDER DENYING PERMISSION TO FILE REMOVAL ACTION ~ 1

*Wall St. Apts.*, Case Nos. 2:23-CV-0376-TOR; 2:24-CV-0115-TOR; 2:24-CV-0144-TOR; and 2:24-CV-0154-TOR.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Wall Street Apartments, LLC and Alaa Elkharwily's Request for Permission to File Notice of Removal, ECF No. 1-1, is **DENIED**.

2. This matter is **DISMISSED**.

The District Court Executive is directed to enter this Order, furnish copies to counsel and Alaa Elkharwily, and **mail a certified copy of this Order** to the Clerk of the Spokane County Superior Court. This file shall be **CLOSED**.

DATED July 12, 2024.



THOMAS O. RICE
United States District Judge

ORDER DENYING PERMISSION TO FILE REMOVAL ACTION ~ 2